UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AMVS, INC. d/b/a SUPER 8 MOTEL,

                       Plaintiff,

           – against –

MT. HAWLEY INSURANCE COMPANY,

                       Defendant.
-----------------------------------------------------------------------X

**1:22-cv-10782-ER**

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case is to be tried to a jury.

3. Joinder of additional parties must be accomplished by August 17, 2023.

4. Amended pleadings may be filed until August 27, 2023.

5. Interrogatories shall be served no later than September 1, 2023, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

6. First request for production of documents, if any, shall be served no later September 1, 2023.

7. Non-expert depositions shall be completed by October 11, 2023.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

      c.      Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than October 30, 2023.

9. Requests to Admit, if any, shall be served no later than September 1, 2023.

10. Expert reports shall be served no later than October 11, 2023.

11. Rebuttal expert reports shall be served no later than October 25, 2023.

12. Expert depositions shall be completed by November 30, 2023.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY November 30, 2023.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____ .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____ , at _____ . (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York

_____

_____

Edgardo Ramos, U.S. District Judge

Respectfully submitted,

| | |
|---|---|
| */s/Greg K. Winslett* | */s/John E. Lawlor* |
| Greg K. Winslett (*pro hac vice*) | John E. Lawlor |
| Michael D. Feiler (*pro hac vice*) | 129 Third Street |
| Quilling Selander Lownds Winslett & Moser, PC | Mineola, New York 11501 |
| 2001 Bryan St. | Telephone: (516) 248 7700 |
| Suite 1800 | Fax: (516) 742-7675 |
| Dallas, TX 75201 | JLawlor@johnelawlor.com |
| Telephone: (214) 871-2100 | |
| Fax: (214) 871-2111 | ZAR LAW FIRM |
| gwinslett@qslwm.com | |
| mfeiler@qslwm.com | Matthew Zarghouni |
| | (to be admitted pro hace vice) |
| and | 3900 Essex Ln, Suite 1011 |
| | Houston, Texas 77027 |
| Matthew Kraus | Telephone: (713) 333-5533 |
| Andrew Furman | Fax: (281) 888-3150 |
| Chartwell Law | Matt@zar-law.com |
| One Battery Park Plaza, Suite 710 | |
| New York, New York 10004 | **ATTORNEYS FOR PLAINTIFF** |
| Telephone: (212) 968-2300 | |
| Fax: (212) 968-2400 | |
| mkraus@chartwelllaw.com | |
| afurman@chartwelllaw.com | |
| | |
| **ATTORNEYS FOR DEFENDANT** | |