UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
AMVS, INC. d/b/a SUPER 8 MOTEL,

                Plaintiff,

     – against –

MT. HAWLEY INSURANCE COMPANY,


                Defendant.
-------------------------------------------------------------------------X

**1:22-cv-10782-ER**

**REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case is to be tried to a jury.

3. Joinder of additional parties must be accomplished by August 17, 2023.

4. Amended pleadings may be filed until August 27, 2023.

5. Interrogatories shall be served no later than September 1, 2023, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

6. First request for production of documents, if any, shall be served no later September 1, 2023.

7. Non-expert depositions shall be completed by January 11, 2024.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

  c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than January 30, 2024.

9. Requests to Admit, if any, shall be served no later than September 1, 2023.

10. Expert reports shall be served no later than January 11, 2024.

11. Rebuttal expert reports shall be served no later than January 25, 2024.

12. Expert depositions shall be completed by February 29, 2024.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY February 29, 2024.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Stewart D. Aaron.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for March 1, 2024, at 11:30 am. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
   September 27, 23

                Edgardo Ramos, U.S. District Judge

Respectfully submitted,

| | |
|---|---|
| /s/Michael D. Feiler | /s/Matthew Zarghouni |
| Michael D. Feiler (pro hac vice) | ZAR LAW FIRM |
| Quilling Selander Lownds Winslett & Moser, PC | |
| 2001 Bryan St. | Matthew Zarghouni |
| Suite 1800 | (*pro hac vice*) |
| Dallas, TX 75201 | 3900 Essex Ln, Suite 1011 |
| Telephone: (214) 871-2100 | Houston, Texas 77027 |
| Fax: (214) 871-2111 | Telephone: (713) 333-5533 |
| gwinslett@qslwm.com | Fax: (281) 888-3150 |
| mfeiler@qslwm.com | Matt@zar-law.com |

/s/Michael D. Feiler
Michael D. Feiler (pro hac vice)
Quilling Selander Lownds Winslett & Moser, PC
2001 Bryan St.
Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Fax: (214) 871-2111
gwinslett@qslwm.com
mfeiler@qslwm.com

and

Matthew Kraus
Andrew Furman
Chartwell Law
One Battery Park Plaza, Suite 710
New York, New York 10004
Telephone: (212) 968-2300
Fax: (212) 968-2400
mkraus@chartwelllaw.com
afurman@chartwelllaw.com

**ATTORNEYS FOR DEFENDANT**

/s/Matthew Zarghouni
ZAR LAW FIRM

Matthew Zarghouni
(*pro hac vice*)
3900 Essex Ln, Suite 1011
Houston, Texas 77027
Telephone: (713) 333-5533
Fax: (281) 888-3150
Matt@zar-law.com

and

John E. Lawlor
129 Third Street
Mineola, New York 11501
Telephone: (516) 248 7700
Fax: (516) 742-7675
JLawlor@johnelawlor.com

**ATTORNEYS FOR PLAINTIFF**