**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AMVS, INC. d/b/a SUPER 8 MOTEL,

                Plaintiff,

-against-                                22 **CIVIL** 10782 (ER)

**JUDGMENT**

MT. HAWLEY INSURANCE COMPANY,

                Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 23, 2025, Mt. Hawley's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       January 24, 2025

                                                           **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                         **BY:**      *K. Mango*

                                                              **Deputy Clerk**